RAVINDER REDDY ALLALA
Movant pro se,
Fed. Reg. No: 62774-019
D. Ray James Correctional Facility
P.O. Box 2000.
Folkston, GA 31537

2013 OCT 21  PM 12: 23

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Respondent/Appellee, )<br>   )<br>vs. )<br>   )<br>RAVINDER REDDY ALLALA, )<br>    Movant/Appellant. )<br>   ) | Case No.:<br><br>8:11-CR-222-T-30EAJ<br><br>Civil Action<br><br>No:8:12-cv-02906-JSM-EAJ |

## NOTICE OF APPEAL

Notice is hereby given that Ravinder Allala, Movant/Appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit for Certificate of Appealability .

Movant –Appellant Allala herein files this motion pursuant to FED. R. APP. P. 28 USC § 1913 for the Eleventh Circuit from the final judgment and order entered in this action on October 2, 2013, denying Movant/Appellant's application for a writ of habeas corpus pursuant to Title 28 United States Code, Section 2255.

Respectfully Submitted,

[PLEADING TITLE] - 1

This   15 day of   October , 2013,

RAVINDER REDDY ALLALA,

*[signature]*

Movant pro se,
Fed. Reg. No: 62774-019
D. Ray James Correctional Facility
P.O. Box 2000.
Folkston, GA 31537

[PLEADING TITLE] - 2